UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Benjamin S.,

      Plaintiff,

v.

Frank Bisignano, *Commissioner of Social Security*,

      Defendant.

File No. 25-cv-4565 (ECT/ECW)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on May 11, 2026.  ECF No. 15.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.      The Report and Recommendation [ECF No. 15] is **ACCEPTED**; and

2.      Plaintiff's Motion for Summary/Default Judgment in Favor of Plaintiff [ECF No. 13] is **DENIED**.

Dated:  May 27, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court